UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AGORA MARKETING SOLUTIONS,
INC.,
        Plaintiff,
v.                              Case No.: 8:09-cv-2220-T-33TBM

AT&T CORP.,

        Defendant.
_____/

**<u>ORDER</u>**

This matter comes before the Court pursuant to the parties' Stipulation on Agora's Motion to Strike AT&T's Affirmative Defenses (Doc. # 11), which was filed on December 10, 2009. The parties submit that Agora's Motion to Strike AT&T's Affirmative Defenses (Doc. # 8), filed on November 25, 2009, should be addressed as follows:

> AT&T's eighth and ninth affirmative defenses are stricken *without prejudice* to reassert at a later date (if needed). AT&T shall have ten (10) days from the date of this Order to amend its thirteenth, fourteenth, and nineteenth affirmative defenses. AGORA shall have ten (10) days from the service of AT&T's amended thirteenth, fourteenth, and nineteenth affirmative defenses to reply to, or to file a motion regarding, such amended defenses.

(Doc. # 11 at 1).

The Court adopts the parties' Stipulation with respect to the aforementioned Motion to Strike. The Motion to Strike is rendered moot due to the parties' Stipulation.

Accordingly, it is

**ORDERED, ADJUDGED, and DECREED:**

(1) The parties' Stipulation on Agora's Motion to Strike AT&T's Affirmative Defenses (Doc. # 11) is **APPROVED**.

(2) AT&T's eighth and ninth affirmative defenses are stricken *without prejudice* to reassert at a later date (if needed). AT&T shall have ten (10) days from the date of this Order to amend its thirteenth, fourteenth, and nineteenth affirmative defenses. AGORA shall have ten (10) days from the service of AT&T's amended thirteenth, fourteenth, and nineteenth affirmative defenses to reply to, or to file a motion regarding, such amended defenses.

(3) Agora's Motion to Strike AT&T's Affirmative Defenses (Doc. # 8) is rendered **MOOT.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 11th day of December 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

2

All Counsel of Record